UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2012 JUL 31 PM 2: 38

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARIA INES MEJIA (02),

Defendant.

CASE NO.: 12CR2862-AJB-02

BY ___Van___ DEPUTY

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain

8:1324(a)(2)(B)(iii);18:2 - Bringing in Illegal Aliens Without Presentation; Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 07/27/12

Anthony J. Battaglia
U.S. District Judge